## Safe Harbor Statement

Note: Except for the historical information contained herein, this press release contains forward-looking statements that have been made pursuant to the Private Securities Litigation Reform Act of 1995. These statements relate to future events or our future financial performance. In some cases, you can identify forward-looking statements by terminology such as "believes," "continue," "could," "estimates," "expects," "growth," "may," "plans," "potential," "should," "substantial," or "will," or the negative of such terms and other comparable terminology. These statements are only predictions. Actual events or results may differ materially. Factors that could cause or contribute to such differences include, but are not limited to, the following: Our reliance on Acthar for substantially all of our net sales and profits; The complex nature of our manufacturing process and the potential for supply disruptions or other business disruptions; The lack of patent protection for Acthar; and the possible FDA approval and market introduction of competitive products; Our ability to generate revenue from sales of Acthar to treat on-label indications associated with NS, and our ability to develop other therapeutic uses for Acthar; Research and development risks, including risks associated with Questcor's preliminary work in the area of nephrotic syndrome and our reliance on third-parties to conduct research and development and the ability of research and development to generate successful results; Regulatory changes or other policy actions by governmental authorities and other third parties as recently adopted U.S. healthcare reform legislation is implemented; Our ability to receive high reimbursement levels from third party payers; An increase in the proportion of our Acthar unit sales comprised of Medicaid-eligible patients and government entities; Our ability to estimate reserves required for Acthar used by governmental entities and Medicaid-eligible patients and the impact that unforeseen invoicing of historical Medicaid sales may have upon our results; Our ability to operate within an industry that is highly regulated at both the Federal and state level; Our ability to effectively manage our growth and our reliance on key personnel; The impact to our business caused by economic conditions; Our ability to protect our proprietary rights; Our ability to maintain effective controls over financial reporting; The risk of product liability lawsuits; Unforeseen business interruptions; Volatility in Questcor's monthly and quarterly Acthar shipments and end-user demand, as well as volatility in our stock price; and Other risks discussed in Questcor's annual report on Form 10-K for the year ended December 31, 2010 and other documents filed with the Securities and Exchange Commission.

The risk factors and other information contained in these documents should be considered in evaluating Questcor's prospects and future financial performance.



# Questcor Overview

**A biopharmaceutical company whose product helps patients with serious, difficult-to-treat medical conditions**

QUESTCOR®

# Questcor Overview

## Flagship Product:
H.P. Acthar® GEL
(repository corticotropin injection) 80 U/mL



- 19 approved indications

## Key Markets:
- Multiple Sclerosis, Infantile Spasms, Nephrotic Syndrome
- Combined markets opportunity exceeds $1.5 billion

## Strategy:
- Grow Acthar sales in each key market

## Financials:
- Profitable, cash flow positive, $127M in cash, debt-free

QUESTCOR®

# History of Acthar



- 1952 — First Approved
- 1968–1973 — DESI Review Label Expands
- 1978 — MS Indication Added
- 2001 — Questcor Acquires Acthar
- 2007 — Questcor Changes Strategy
- 2010 — Label Modernized 19 Indications

QUESTCOR®

6

# Significant Barriers to Entry

**Formulation**
- Biologic
- Undisclosed composition

**Manufacturing**
- Process complex, unique and proprietary
- Composition tied to process

**Regulatory**
- Generic pathway unlikely
- Biosimilar pathway unlikely
- Trials likely needed

**Business**
- New patents unlikely
- Limited exclusivity
- Multisource revenue
- 7 year IS exclusivity

QUESTCOR®

# Questcor Growth Engine

- Multiple Sclerosis (MS)
- Infantile Spasms (IS)
- Nephrotic Syndrome (NS)

QUESTCOR®

# Large Market Opportunity





*Represents estimated net sales market opportunity based on internal company estimates
**Represents approximate current net sales; annualized run rate based on internal company estimates

# Acthar and MS

- Neurodegenerative disorder
- Acute treatment for relapses
- Dosing period is 1-2 weeks*
- $40K-$50K/Rx

**Inadequate Response to Steroids**

**Poor Venous Access**

**Problematic Steroid Side Effects**

Acthar when "Steroids are not suitable"

QUESTCOR®

*Based on prescription data

# MS Sales - Record of Consistent Growth



New Paid Rxs

Q1 '08: 24, 8
Q2 '08: 35, —
Q3 '08: 51, 15
Q4 '08: 69, —
Q1 '09: 78, 30
Q2 '09: 124, —
Q3 '09: 141, —
Q4 '09: 213, 38
Q1 '10: 231, —
Q2 '10: 304, —
Q3 '10: 323, —
Q4 '10: 354, 77

Numbers in the bars show the number of sales people making calls at the end of the quarter.



QUESTCOR®

Notes: Historical trend information is not necessarily indicative of future results. Chart includes "Related Conditions" - diagnoses that are either alternative descriptions of the condition or are closely related to the medical condition which is the focus of the table.

# Multiple Sclerosis

$500M to $2B+ Potential Market

10,000–70,000 Relapses Annually

1,400 Relapses Annually Currently Treated with Acthar



*Based on internal company estimates.

# MS Trends

- Q4-2010 results
  - Q4-10 new paid Rxs up 66% vs. Q409
  - MS sales over 50% of QCOR sales
  - Over $65M annualized run rate
  - Approximately one in six Rxs is a repeat patient
- Growing number of Acthar prescribers
  - But only ~400 out of 8,000 neurologists
- Speakers bureau growing



13

# MS Sales Calls vs. Paid New Rxs





*MS call data approximate

14