# Sales Force Expansion

- Doubled sales force: hiring/training Aug-Oct 2010 (38 to 77 sales reps)

- Newly expanded sales force began call activity Nov 1
  - Significant increase in MS-treating neurologists targeted for sales calls
  - Now also targeting child neurologists for IS sales calls

- MS paid Rxs increasing since November 1
  - November matched previous monthly record
  - December set new record
  - January near previous record level
  - February set new record

QUESTCOR®

15

16

# Infantile Spasms

- Devastating, refractory form of childhood epilepsy
  - Very poor developmental outcome if inadequately treated
- Not responsive to standard anti-epileptic drugs
- Ultra-rare orphan disorder
  - 1,500 to 2,000 patients annually
- Typically occurs in children less than 2 years old
- Characterized by
  - "spasms" -- a specific type of seizure
  - "hypsarrhythmia" -- abnormal EEG pattern

QUESTCOR®

# Acthar and IS

- Used by over half of child neurologists
- FDA approval 10/15/10
  - 7 year orphan exclusivity for IS indication
- Crisis therapy
- Treatment for 2-4 weeks*
- In a randomized, single-blinded, controlled study, 87% of patients achieved overall response (no spasms and no hypsarrhythmia) at two weeks versus 29% on prednisone
- $100K-$125K/Rx
  - About half of patients receive drug for free

QUESTCOR®

*Based on prescription data

17

# IS Sales Plan

- Significant variability in quarterly prescriptions
- Q4-2010 sales within historic range
- Promotion effort began 11/1/10
- Potential to increase IS revenue
  - Acthar currently used to treat 30-50% of IS patients



QUESTCOR®

18

# Nephrotic Syndrome

- Characterized by excessive spilling of protein from the kidney into the urine (proteinuria)
- Can result in end-stage renal disease (ESRD), dialysis, transplant
- Significant unmet need
  - Few treatment options

QUESTCOR®

19

20

# Acthar and NS

- FDA-approved on label indication for reduction of proteinuria in:
  - Idiopathic types of nephrotic syndrome
    - Idiopathic membranous nephropathy
    - Focal segmental glomerular sclerosis (FSGS)
    - IgA nephropathy
  - Lupus nephritis
- Treatment for 4-6 months*
- $150K-250K/Rx

QUESTCOR®

* Based on prescription data

# Proof of Concept Data

- Available November 2010
- Case series showed response from Acthar in refractory idiopathic membranous nephropathy (on-label)
  - 9 of 11 patients met response criteria
- Positive signal received in diabetic nephropathy investigator initiated trial (not on-label)
  - 9 of 15 patients on Acthar met response criteria and none have required dialysis

21

QUESTCOR®

# R&D Effort in NS

- Dose response trial for idiopathic membranous nephropathy (on-label)
  - $5-7M multi-center trial, n~100
  - Reduction of proteinuria is endpoint

- Presently designing a well controlled study in collaboration with FDA for diabetic nephropathy (off-label)
  - Proof-of-concept study with different dosing regimens and a placebo
  - Objectives will be to determine if Acthar is efficacious and safe in a placebo controlled study
  - If successful, next step will be a larger Phase II trial



QUESTCOR

22

# NS Business Plan

- Nov 2010 ASN meeting
  - First meeting with commercial team presence
  - Data presented via podium/posters
  - 30+ doctor advisory board meeting
- Hired 5 reps to sell Acthar to nephrologists
  - Develop selling process and generate sales
  - Initiate sales efforts in early March 2011
  - Expand sales force if sales increase
- Peer-review publication of case series in March 2011

QUESTCOR®

23

# Immediate Acthar Growth Opportunities

- MS – Build on sales momentum, lots of market headroom

- IS – Incremental market share growth

- NS – Establish Acthar as a therapeutic alternative in this sizeable market



QUESTCOR®

Represents estimated net sales market opportunity, based on internal company estimates
** Represents approximate current net sales annualized run rate based on internal company estimates

24

# 2010 Financial Results

Record Sales (up 30%) and Solid Earnings (EPS up 35%)

|                      | 2010    | 2009   |
|----------------------|---------|--------|
| Net Sales ($M)       | $115.1  | $88.3  |
| Gross Margin         | 93%     | 92%    |
| Operating Inc ($M)   | $53.8   | $41.2  |
| EPS                  | $0.54   | $0.40  |

QUESTCOR®

26