
QUESTCOR PHARMACEUTICALS, INC.

| Approved Speakers Cont'd Name and Affiliation/Office | City | ST | HCP Speaker Programs | Meet-the Expert | Patient Speaker Programs |
|---|---|---|---|---|---|
| Emily Riser, MD* Alabama Neurology Associates, PC | Birmingham | | X | | X |
| Jason Santiago, RPA-C Dent Neurologic Institute | Amherst | NY | X | | |
| Carol Saunders, BSN, MSCN* Private Practice | Oceanside | | X | X | X |
| Michael Sauter, MD Westmoreland Neurology Associates | Greensburg | PA | X | | |
| Susan Scarberry, MD* Sanford Neuroscience Clinic | Fargo | | X | | |
| Stephanie Schaefer, PA* Private Practice | Pittston | PA | X | | |
| Mark Silverman, DO Neuroscience Institute | Novi | | X | | |
| Brandi Smith, RN* Central Illinois MS Clinic | Springfield | IL | X | X | X |
| Derek Smith, MD* MS Care of Connecticut | Norwich | | X | | |
| Jennifer M. Smrtka, MSN, ANP-C* Fort Lauderdale MS Center | Pompano Beach | FL | X | | |
| Brian Steingo, MD* Fort Lauderdale MS Center | Pompano Beach | | X | X | |
| Lisa Strode, RN* Central Illinois MS Clinic | Mechanicsburg | IL | X | X | X |
| Ben Thrower, MD* MS Institute at Shepherd Center | Atlanta | | X | X | |
| Robert Todd, MD Private Practice | Liverpool | NY | X | | |
| Steven Urbaniak, DO Private Practice | Langhorne | | X | X | X |
| J. Matthew Voci, MD Michigan Neurology Associates, PC | Gross Point Park | MI | X | X | X |
| Peter B. Wade, MD* Neurology Consultants | Hartford | | X | X | |
| Tracy Walker, WOCN* MS Center at Shepherd Center | Atlanta | GA | X | | |
| David D. Wilt, NP Absher Neurology, PA | Greenville | | X | | |
| Robyn Wolintz, MD* Maimonides Medical Center | Brooklyn | NY | X | | |
| Andrew H. Woo, MD, PhD Santa Monica Neurological | Santa Monica | | X | X | X |
| Daniel Wynn, MD Consultants in Neurology | Northbrook | IL | X | | |
| Allyson Zella-Prater, PA-C Neurological Institute of Western Pennsylvania | Johnstown | | X | X | X |

H.P. Acthar GEL
(repository corticotropin injection) 80 U/ml.

*= MS Specialist



QUESTCOR
PHARMACEUTICALS, INC.

## Approved Speakers Cont'd

| Name and Affiliation/Office | City | St. | HCP Speaker Programs | Meet-the-Expert | Patient Speaker Programs |
|---|---|---|---|---|---|
| Emily Riser, MD* / Alabama Neurology Associates, PC | Birmingham | AL | X | | |
| Jason Santiago, RPA-C / Dent Neurologic Institute | Amherst | NY | X | | |
| Carol Saunders, BSN, MSCN* / Private Practice | Oceanside | CA | X | X | X |
| Michael Sauter, MD / Westmoreland Neurology Associates | Greensburg | PA | X | | |
| Susan Scarberry, MD* / Sanford Neuroscience Clinic | Fargo | ND | X | | |
| Stephanie Schaefer, PA* / Private Practice | Pittston | PA | X | | |
| Mark Silverman, DO / Neuroscience Institute | Novi | MI | X | | |
| Brandi Smith, RN* / Central Illinois MS Clinic | Springfield | IL | X | X | X |
| Derek Smith, MD* / MS Care of Connecticut | Norwich | CT | X | | |
| Jennifer M. Smrtka, MSN, ANP-C* / Fort Lauderdale MS Center | Pompano Beach | FL | X | | |
| Brian Steingo, MD* / Fort Lauderdale MS Center | Pompano Beach | FL | X | X | |
| Lisa Strode, RN* / Central Illinois MS Clinic | Mechanicsburg | IL | X | X | X |
| Ben Thrower, MD* / MS Institute at Shepherd Center | Atlanta | GA | X | X | |
| Robert Todd, MD / Private Practice | Liverpool | NY | X | | |
| Steven Urbaniak, DO / Private Practice | Langhorne | PA | | X | X |
| J. Matthew Vocl, MD / Michigan Neurology Associates, PC | Gross Point Park | MI | X | X | X |
| Peter B. Wade, MD* / Neurology Consultants | Hartford | | X | X | |
| Tracy Walker, WOCN* / MS Center at Shepherd Center | Atlanta | GA | X | | |
| David D. Wilt, NP / Absher Neurology, PA | Greenville | | X | | |
| Robyn Wollatz, MD* / Maimonides Medical Center | Brooklyn | NY | X | | |
| Andrew H. Woo, MD, PhD / Santa Monica Neurological | Santa Monica | | X | X | X |
| Daniel Wynn, MD / Consultants in Neurology | Northbrook | IL | X | | |
| Allyson Zella-Prater, PA-C / Neurological Institute of Western Pennsylvania | Johnstown | | X | X | X |

H.P. **Acthar** GEL
(repository corticotropin injection) 80 U/mL

*= MS Specialist



| Approved Speakers – Name and Affiliation/Office | City | St | HCP Speaker Programs | Meet-the-Expert | Patient Speaker Programs |
|---|---|---|---|---|---|
| Jonathan Calkwood, MD The Schapiro Center for MS | Golden Valley | | X | X | X |
| Vijay Samuel, MD Novi Neurology, PC | Novi | M | X | X | X |

| Newly Nominated Speakers – Name and Affiliation/Office | City | St | Contract Pending | Training Pending |
|---|---|---|---|---|
| Richard H. Blanck, MD Private Practice | Manhasset | | X | X |
| Warren F. Chumley, MD Associates in Neurology, PSC | Lexington | KY | | X |
| Hart C. M. Cohen, MD, FRCP Cedars-Sinai Medical Center | Los Angeles | CA | X | X |
| Sue DeLanerolle, MD, MRCP, DPN State University of New York at Stony Brook | Stony Brook | NY | X | X |
| Stacey Epps, MD Bon Secours Medical Group Neurology Clinic | Ginster | | | X |
| Serina Fahie, LPN* Comprehensive MS Center at South Shore Neurologic Associates, PC | Patchogue | NY | | X |
| S. Mitchell Freedman, MD Raleigh Neurology Associates, PA | Raleigh | NC | X | X |
| Richard Golden, MD Noran Neurological Clinic | Minneapolis | MN | X | X |
| Una Hopkins, MSN, FNP-BC White Plains Hospital, Dickstein Cancer Center | White Plains | NY | X | X |
| Bruce Lee Hughes, MD Ruan Neurology Clinic and Research Center | Des Moines | IA | X | X |
| Rodney J. Johnson, MD, PhD Neurological Associates of Washington | Bellevue | | | X |
| Bhupendra Khatri, MD Center of Neurological Disorders, SC | Milwaukee | WI | X | X |
| Donald Gary Kolva, MD Reading Hospital and Medical Center | West Reading | PA | X | X |
| Kevin R. Kristl, MD Private Practice | Mishawaka | IN | X | X |
| Christopher C. LaGanke, MD* North Central Neurology Associates, P.C. | Cullman | AL | | X |
| Sherrill Loring, MD* Andrew C. Carlos MS Institute | Atlanta | GA | X | X |
| Pedro de Macedo, MD President Washington Medical Group, PC | Washington | DC | | X |

H.P. **Acthar** GEL
(repository corticotropin injection) 80 U/mL

\*= MS Specialist



QUESTCOR
PHARMACEUTICALS, INC.

### Approved Speakers –

| Name and Affiliation/Office | City | St | HCP Speaker Programs | Meet-the-Expert | Patient Speaker Programs |
|---|---|---|---|---|---|
| Jonathan Calkwood, MD The Schapiro Center for MS | Golden Valley | | X | | X |
| Vijay Samuel, MD Novi Neurology, PC | Novi | MI | X | X | X |

### Newly Nominated Speakers

| Name and Affiliation/Office | City | St | Contract Pending | Training Pending |
|---|---|---|---|---|
| Richard H. Blonk, MD Private Practice | Manhasset Hill | NY | X | X |
| Warren F. Chumley, MD Associates in Neurology, PSC | Lexington | KY | | X |
| Hart C. M. Cohen, MD, TRCP Cedars-Sinai Medical Center | Los Angeles | CA | X | X |
| Sue DeLanerolle, MD, MRCP, DPN State University of New York at Stony Brook | Stony Brook | NY | X | X |
| Stacey Epps, MD Bon Secours Medical Group Neurology Clinic | Chester | VA | | X |
| Serina Fahie, LPN* Comprehensive MS Center at South Shore Neurologic Associates, PC | Patchogue | NY | | X |
| S. Mitchell Freedman, MD Raleigh Neurology Associates, PA | Raleigh | NC | X | X |
| Richard Golden, MD Noran Neurological Clinic | Minneapolis | MN | X | X |
| Una Hopkins, MSN, FNP-BC White Plains Hospital, Dickstein Cancer Center | White Plains | NY | X | X |
| Bruce Lee Hughes, MD Ruan Neurology Clinic and Research Center | Des Moines | IA | X | X |
| Rodney U. Johnson, MD, PhD Neurological Associates of Washington | Bellevue | WA | | X |
| Bhupendra Khatri, MD Center of Neurological Disorders, SC | Milwaukee | WI | X | X |
| Donald Gary Kolva, MD Reading Hospital and Medical Center | West Reading | PA | X | X |
| Kevin R. Kristl, MD Private Practice | Mishawaka | IN | X | X |
| Christopher C. LaGanke, MD* North Central Neurology Associates, P.C. | Cullman | AL | | X |
| Sherrill Loring, MD* Andrew C. Carlos MS Institute | Atlanta | GA | X | X |
| Pedro de Macedo, MD President Washington Medical Group, PC | Washington | DC | | X |

H.P. **Acthar** GEL
(repository corticotropin injection) 80 U/mL

\* = MS Specialist



QUESTCOR
PHARMACEUTICALS, INC.

| Newly Nominated Speakers Name and Affiliation/Office | City | ST | Contract Pending | Training Pending |
|---|---|---|---|---|
| Galen Mitchell, MD* University of Pittsburg | Pittsburg | | X | X |
| Winston R. Ortiz, MD Tallahassee Neurological Clinic, PA | Tallahassee | FL | X | X |
| Mary Owen, RN, MS, ANP* UCSF Multiple Sclerosis Center | San Francisco | CA | | X |
| Jennifer Hemp Patterson, RN, MSN, ARPN-BC* Norton Neurology MS Center | Louisville | KY | X | X |
| Jennifer Ravenscroft, PA College Park Neurology | Overland Park | KS | | X |
| Mitchell K. Ross, MD Bon Secours Medical Group Neurology Clinic | Chester | VA | | X |
| Pamela Santamaria, MD* Neurology Consultants of Nebraska | Omaha | NE | | X |
| Nora Schuette Raleigh Neurology Associates | Raleigh | NC | X | X |
| Robert C. Sergott, MD Neuro-Ophthalmologic Associates, PC | Philadelphia | PA | | X |
| William Shaffer, MD* North Colorado Medical Center | Greeley | CO | | X |
| Nilay Shah, MD Integrated Medicine and Nutrition | Mt. Kisco | NY | | X |
| Alan R. Taylor, PAC, BS, EMT-P Neurolgy & Neurophysiology | Philadelphia | PA | X | X |
| Gary Thomas, MD* Penn State/Hershey Neurology | Hershey | PA | X | X |

H.P. Acthar GEL
(repository corticotropin injection) 80 U/mL

*= MS Specialist


QUESTCOR
PHARMACEUTICALS, INC.

| Newly Nominated Speakers – Name and Affiliation/Office | City | ST | Contract Pending | Training Pending |
|---|---|---|---|---|
| Galen Mitchell, MD* University of Pittsburg | Pittsburg | | X | X |
| Winston R. Ortiz, MD Tallahassee Neurological Clinic, PA | Tallahassee | FL | X | X |
| Mary Owen, RN, MS, ANP* UCSF Multiple Sclerosis Center | San Francisco | CA | | X |
| Jennifer Hemp Patterson, RN, MSN, ARPN-BC* Norton Neurology MS Center | Louisville | KY | X | X |
| Jennifer Ravenscroft, PA College Park Neurology | Overland Park | KS | | X |
| Mitchell K. Ross, MD Bon Secours Medical Group Neurology Clinic | Chester | VA | | X |
| Pamela Santamaria, MD* Neurology Consultants of Nebraska | Omaha | NE | | X |
| Nora Schuette Raleigh Neurology Associates | Raleigh | NC | X | X |
| Robert C. Sergott, MD Neuro-Ophthalmlogic Associates, PC | Philadelphia | PA | | X |
| William Shaffer, MD* North Colorado Medical Center | Greeley | CO | | X |
| Nilay Shah, MD Integrated Medicine and Nutrition | Mt. Kisco | NY | | X |
| Alan R. Taylor, PAC, BS, EMT-P Neurolgy & Neurophysiology | Philadelphia | PA | X | X |
| Gary Thomas, MD* Penn State Hershey Neurology | Hershey | PA | X | X |

H.P. Acthar GEL
(repository corticotropin injection) 80U/mL

*= MS Specialist



**MS Speakers Trained on Acthar®**

| Approved Speakers – Central Region | | | |
|---|---|---|---|
| Name and Affiliation/Office Degree: Physician | Territory Specialist | City | ST |
| David Brandes, MD* Hope Neurology/MS Center | Bryan Forbes | Knoxville | TN |
| | | | |
| Samuel Forrester Hunter, MD, PhD* Private Practice | Mike Stockhoff | Franklin | TN |
| | | | |
| Harold Moses, Jr. MD* Vanderbilt Stallworth Rehab Hospital | Mike Stockhoff | Nashville | TN |
| | | | |
| Keith Richard Ridel, MD* Josephson Wallack Munshower Neurology, PC | Tricia Perry | Carmel | IN |
| Degree: NP/PA | | | |
| Heli Marjatta Hunter, MSN, ACNP, APRN, BC, MSCN* Advanced Neurosciences Institute | Mike Stockhoff | Franklin | TN |
| Degree: LPN/RN | | | |
| Janet Brown, MSN, APRN, MSCN* Advanced Neuroscience Institute | Mike Stockhoff | Franklin | TN |
| | | | |
| Jenifer Hemp Patterson, RN, MSN, ARPN-PC* Norton Neurology MS Center | Tim Kelly | Louisville | KY |
| Total Approved Speakers – Central Region: 11  (Physician: 7, NP/PA: 1, Nurse: 3) | | | |
| Total Pending Speakers – Central Region: 0 | | | |

H.P. **Acthar® Gel**
(repository corticotropin injection) 80 U/mL

*=MS Specialist



## MS Speakers Trained on Acthar®

| Name and Affiliation/Office Degree: Physician | Territory Specialist | City | St |
|---|---|---|---|
| Max Benzaquen, MD St. Luke's Hospital | Kelly Classen | Chesterfield | MO |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Vijay Samuel, MD Novi Neurology, PC | Tony Hines | Novi | MI |
| | | | |
| Mark Silverman, DO Associates in Neurology, PC | Monica Pietris | Novi | MI |
| | | | |
| **Degree: NP/PA** | | | |
| | | | |
| **Degree: LPN/RN** | | | |
| | | | |
| Lisa Strode, RN* Central Illinois MS Clinic | Kim Evangelisti | Mechanicsburg | IL |
| Brandi Workman, RN* Central Illinois MS Clinic | Kim Evangelisti | Springfield | IL |

Total Approved Speakers – Midwest Region: 11  (Physician: 8, NP/PA: 1, Nurse: 2)
Total Pending Speakers – Midwest Region: 5 (Physician: 4, Nurse: 1)

H.P **Acthar** gel
(repository corticotropin injection) 80 U/ml

*=MS Specialist


**QUESTCOR**
PHARMACEUTICALS, INC.

# MS Speakers Trained on Acthar®

| Approved Speakers – New England Region | | | |
|---|---|---|---|
| **Name and Affiliation/Office**<br>**Degree: Physician** | **Territory**<br>**Specialist** | **City** | **ST** |
| Ann Cabot, DO*<br>Upper Valley Neurology Neurosurgery, PC | Will Darling | Lebanon | NH |
|  |  |  |  |
| Salvatore Napoli, MD*<br>Caritas Foxboro and Norwood Hospital | Susan Zemaitis | Foxboro | MA |
|  |  |  |  |
| Derek Smith, MD*<br>MS Care of Connecticut | Denise Rank | Norwich | CT |
|  |  |  |  |
| Peter B. Wade, MD*<br>Neurology Consultants | Denise Rank | Hartford | CT |
| **Degree: NP/PA** |  |  |  |
|  |  |  |  |
| Jason Santiago, RPA-C<br>Dent Neurologic Institute | Tracy Butcher | Amherst | NY |
|  |  |  |  |
| Kelly L. Stewart, RN, MSN, FNP-BC<br>Private Practice | Matt Mogel | Liverpool | NY |
| Total Approved Speakers – New England Region: 8  (Physician: 5, NP/PA: 3) | | | |
| Total Pending Speakers – New England Region: 6 (Physician: 4, NP/PA:2) | | | |

H.P. **Acthar** Gel
(repository corticotropin injection) 80 U/ml

*=MS Specialist



**QUESTCOR** PHARMACEUTICALS, INC.

## MS Speakers Trained on Acthar®

| Approved Speakers – Northeast Region | | | |
|---|---|---|---|
| **Name and Affiliation/Office**<br>**Degree: Physician** | **Territory Specialist** | **City** | **ST** |
| Richard H. Blanck, MD<br>Private Practice | Corrie Prato | Manhasset Hills | NY |
| ~~S. Dellmeyer, MD, MRCP, FRN~~ | ~~Cris Hozven~~ | ~~Stony Brook~~ | |
| ~~Oregon Specialty Group~~ | ~~Corrie Prato~~ | | |
| ~~Emmanuel Tito Rueda, MD~~ | ~~Lisa Eberle~~ | ~~White Plains~~ | |
| Allan Brian Perel, MD* <br>Richmond University Medical Center | Christine Traficant | Staten Island | NY |
| Mary Ann Picone, MD* <br>Gimbel Multiple Sclerosis Center at Holy Name Hospital | Christine Traficant | Teaneck | NJ |
| Nilay Shah, MD<br>Integrated Medicine and Nutrition | Jeffrey Stewart | Mt. Kisco | NY |
| ~~Robert Muntin, MD~~ | ~~Corrie Prato~~ | | |
| | ~~Corrie Prato~~ | | |
| ~~Marcine Tanner, MD~~ | ~~Christine Traficant~~ | | |
| **Degree: NP/PA** | | | |
| ~~Jeffrey Black, RN, PhD, NP~~ | ~~Lisa Hozven~~ | ~~Shirley~~ | |
| **Degree: LPN/RN** | | | |
| ~~Michele Traning, RN, BSN, MSCN~~ | ~~Lisa Prato~~ | ~~White Plains~~ | |
| Serina Fahie, RN* <br>Comprehensive MS Center at South Shore<br>Neurologic Associates, PC | Cris Hozven | Shirley | NY |
| ~~Barbara Giesser, LPN, BSN, MSCN~~ | ~~Corrie Prato~~ | ~~Bronx~~ | |
| Total Approved Speakers – Northeast Region: 11   (Physician: 7, NP/PA: 1, Nurse: 3) | | | |

H.P. **Acthar** Gel
(repository corticotropin injection) 80 U/mL

*=MS Specialist



QUESTCOR
PHARMACEUTICALS, INC.

## MS Speakers Trained on Acthar®

| Approved Speakers – North Central Region | | | |
|---|---|---|---|
| Name and Affiliation/Office Degree: Physician | Territory Specialist | City | ST |
| Zahid Akram, MCPS, MBBS Hermitage Neurology, PC | Chris Uram | Hermitage | PA |
| | | | |
| Steven Bromley, MD Bromley Neurology, PC | Bob Bobeck | Audubon | NJ |
| | Art Veno | | |
| Vincent DiGiovanni, MD Private Practice | Art Veno | Wilkes-Barre | PA |
| | Art Veno | | |
| Lee J. Harris, MD Abington Memorial Hospital | Stacyann Clancy | Abington | PA |
| | | | |
| Donald Gary Kyvo, MD | Rob Santa | | |
| David M. Lobas, MD Private Practice | Art Veno | Pittsburgh | PA |
| | Art Veno | | |
| Michael Mazowiecki, MD Neurological Institute of Western Pennsylvania | Eric Mazanek | Greensburg | PA |
| | Chris Dean | | |
| Clifford Reed, MD Reading Hospital & Medical Center | Rob Santa | Reading | PA |
| Michael Sauter, MD, MSc | Eric Mazanek | Greensburg | PA |
| Robert C. Sergott, MD Neuro-Ophthalmlogic Associates, PC | Bob Bobeck | Canton | PA |
| | | | |
| Steven Utterback, DO | Stacyann Clancy | | |

H.P. **Acthar** GEL
(repository corticotropin injection) 80 U/mL

*=MS Specialist



# MS Speakers Trained on Acthar®

| Name and Affiliation/Office | Territory Specialist | City | ST |
|---|---|---|---|
| **Approved Speakers – North Central Region Continued** | | | |
| Colby Powell, PA<br>Private Practice | Rob Santa | Pottsville | PA |
| **Degree: LPN/RN** | | | |
| **Total Approved Speakers – North Central Region: 20  (Physician: 15, NP/PA: 4, Nurse: 1)** | | | |
| **Total Pending Speakers – North Central Region: 5 (Physician: 3, NP/PA: 2)** | | | |

H.P. **Acthar** GEL
(repository corticotropin injection) 80 U/mL

*=MS Specialist


QUESTCOR
PHARMACEUTICALS, INC.

## MS Speakers Trained on Acthar®

| Approved Speakers – Great Lakes Region | | | |
|---|---|---|---|
| Name and Affiliation/Office<br>Degree: Physician | Territory Specialist | City | ST |
| Adil Javed, MD, PhD*<br>University of Chicago Hospitals | Kelly Nauman | Chicago | IL |
| | Zack Stroble | | |
| | Marion Wyant | | |
| | Jeff Garrett | | |
| | Jeff Demski | | |
| | Zack Stroble | | |
| Degree: LPN/RN | | | |
| | Kelly Nauman | Chicago | IL |
| Melanie Dumlao, RN, CNP, MSCN*<br>Northwestern Medical Faculty Foundation | Kelly Nauman | Arlington Heights | IL |
| | Marion Wyant | | |
| Amy Perrin Ross, APN, MSN, CNRN, MSCN*<br>Loyola University of Chicago MS Clinic | Zack Stroble | Chicago | IL |
| Total Approved Speakers – Great Lakes Region: 6  (Physician: 3, Nurse: 3) | | | |
| Total Pending Speakers – Great Lakes Region: 4 (Physician: 3, Nurse: 1) | | | |

H.P. **Acthar** GEL
(repository corticotropin injection) 80 U/ml

*=MS Specialist

MS Speakers Trained on Acthar

| Approved Speakers – Northwest Region | | | |
|---|---|---|---|
| Name and Affiliation/Office Degree: Physician | Territory Specialist | City | ST |
| George Kim Bigley, Jr., MD* University of Nevada Reno School of Medicine | Scott Clark | Reno | NV |
| Brian Coburn, MD ~~Renown Health Physicians~~ | Kevin Keene | Sacramento | CA |
| Jeffrey Groves, MD Central Utah Clinic | Dale Grant | Provo | UT |
| John Foley, MD Rocky Mountain MS Specialists | Dale Grant | Salt Lake City | UT |
| Rodney J. Johnson, MD, PhD Neurological Associates of Washington | Joe Lewis | Bellevue | WA |
| | | | |
| Mark R. ___ MS, ___ | ___ | ___ | ___ |
| Shawn Pierson, MD | Scott Clark | ___ | ___ |
| Jeffrey L. Sponsler, MD, MS Alaska Brain Center, LLC | Mark McGrann | Wasilla | AK |
| Pamela Larsen Taylor, MD | ___ | Bainbridge ___ | ___ |
| Degree: NP/PA | | | |
| Sara Moran, ___ NP/PA | Dale Grant | Tampa | ___ |
| Total Approved Speakers – Northwest Region: 9 (Physician: 8, NP/PA: 1) | | | |
| Total Pending Speakers – Northwest Region: 2 (Physician: 2) | | | |

H.P. Acthar Gel
(repository corticotroph injection) 80 U/ml.

*=MS Specialist



# MS Speakers Trained on Acthar®

| Approved Speakers – Mountain Region | | | |
|---|---|---|---|
| **Name and Affiliation/Office**<br>**Degree: Physician** | **Territory Specialist** | **City** | **St** |
| Timothy Allen, MD<br>Poudre Valley Hospital | Nick Brunetti | Fort Collins | CO |
| | | | |
| | | | |
| | | | |
| Bennett Irving Machanic, MD, FAAN<br>Private Practice | Nick Brunetti | Denver | CO |
| | Nick Brunetti | Fort Collins | CO |
| Gareth John Parry, MB, ChB, FRACP*<br>University of Minnesota | Mike Michels | Minneapolis | MN |
| | John Lanning | | |
| Pamela Santamaria, MD*<br>Neurology Consultants of Nebraska | John Lanning | Papillion | NE |
| | Tara Hummel | | |
| William Shaffer, MD*<br>North Colorado Medical Center | Nick Brunetti | Loveland | CO |
| Adam J. Wolff, MD<br>Denver Neurological Clinic Professional, LLC | Susan Stevens | Denver | CO |
| **Degree: NP/PA** | | | |
| | Joe Lanning | | |
| Nicole Hughes, RN, MSN, CNP<br>University of Minnesota Physicians | Mike Michels | Minneapolis | MN |

H.P. **Acthar** GEL
(repository corticotropin injection) 80 U/mL

*=MS Specialist



**QUESTCOR** PHARMACEUTICALS, INC.

# MS Speakers Trained on Acthar®

| Approved Speakers – Mountain Region Continued | | | |
|---|---|---|---|
| **Name and Affiliation/Office Degree: LPN/RN** | **Territory Specialist** | **City** | **ST** |
| Tara Jo Bernhardt, RN* Advanced Neurology of Colorado, LLC | Nick Brunetti | Fort Collins | CO |
| Lisa L. Denny, RN* [illegible] | Nick Brunetti | Fort Collins | CO |
| Pamela R. Kuhl, RN, CRRN, MSCN* Shapiro Multiple Sclerosis Center | Mike Michels | Brooklyn Center | MN |
| [illegible] | [illegible] Haugrud | Fargo | ND |
| Melissa Zakula Rosin, RN, MSCN* St. Mary's Duluth Essential Health | Mike Michels | Duluth | MN |
| Total Approved Speakers – Mountain Region: 10 (Physician: 4, NP/PA: 2, Nurse: 4) | | | |
| Total Pending Speakers – Mountain Region: 2 (Physician: 2) | | | |

| Approved Speakers – Southwest Region | | | |
|---|---|---|---|
| **Name and Affiliation/Office Degree: Physician** | **Territory Specialist** | **City** | **ST** |
| Ann Bass, MD* Neurology Center of San Antonio, PA | Kathy Anderson | San Antonio | TX |
| Steven Cavalier, MD* [illegible] | Dana Gadwood | Garland | TX |
| Staley Brod, MD* University of Texas at Houston | Andrea Eyring | Houston | TX |
| [illegible] | Robert Buecher | [illegible] | TX |
| **Degree: NP/PA** | | | |
| [illegible] | David Gadwood | Overland Park | KS |
| Jennifer Ravenscroft, PA-C College Park Neurology | David Gadwood | Overland Park | KS |
| **Degree: LPN/RN** | | | |
| Brenda Watkins Maas, RN Neurology Center of San Antonio | Kathy Anderson | San Antonio | TX |
| Total Approved Speakers – Southwest Region: 7 (Physician: 4, NP/PA: 2, Nurse: 1) | | | |
| Total Pending Speakers – Southwest Region: 0 | | | |

H.P. **Acthar** GEL
(repository corticotropin injection) 80 U/mL

*=MS Specialist


QUESTCOR
PHARMACEUTICALS, INC.

## MS Speakers Trained on Acthar®

| Approved Speakers – Southeast Region | | | |
|---|---|---|---|
| Name and Affiliation/Office Degree: Physician | Territory Specialist | City | ST |
| Waden E. Emery III, MD, FAAN* <br> Emery Neuroscience Center | Julie Rohrer | Lighthouse Point | FL |
| Scott L. Gold, MD* <br> | Tami Long | Melbourne | FL |
| Daniel Kantor, MD <br> Neurologique | Jason Ambrose | Ponte Vedra | FL |
| Wasib Shekhani, MD, PC <br> | Jeric Bargaret | Atlanta | GA |
| Lance Kim, DO <br> Ocala Regional Medical Center <br> Munroe Regional Medical Center | Jason Ambrose | Ocala | FL |
| | Kathy Ramsey | | |
| Donald Negroski, MD* <br> Medical College of Ohio | Stephanie McGregor | Sarasota | FL |
| | Jason Ambrose | Jacksonville | FL |
| Winston R. Ortiz, MD <br> Tallahassee Neurological Clinic, PA | Jason Ambrose | Tallahassee | FL |
| | | | FL |
| Stuart James Shafer, MD* <br> Vero Neurology | Tami Long | Vero Beach | FL |
| | Julie Rohrer | Pompano Beach | FL |
| Ben Thrower, MD* <br> MS Institute at Shepherd Center | Kathy Ramsey | Atlanta | GA |
| | | | |
| | Jason Ambrose | | |
| | | | |
| | Tami Long | | |
| Degree: NP/PA | | | |
| Janice L. Houck Daniel, MSN, ARNP, BC* <br> Neuroscience Institute at Shands Jacksonville | Jason Ambrose | Jacksonville | FL |
| | Kathy Ramsey | | GA |
| Connie Easterling, ARNP, MSCN* <br> MS Care Center at Neurological Services | Tami Long | Orlando | FL |
| | | | |

H.P. **Acthar** GEL
(repository corticotropin injection) 80 U/mL

*=MS Specialist



## MS Speakers Trained on Acthar®

| Approved Speakers – Southeast Region Continued | | | |
|---|---|---|---|
| **Name and Affiliation/Office**<br>**Degree: LPN/RN** | **Territory Specialist** | **City** | **ST** |
| Tina Butterfield, RN<br>Jacksonville Neurological Clinic | Jason Ambrose | Jacksonville | FL |
| Jennifer M. Smith, MSN, ANP-C, MSCN*<br>Multiple Sclerosis Center | Julie Ruiner | Pompano Beach | FL |
| Tracy Walker, WOCN, MSCN*<br>MS Institute at Shepherd Center | Kathy Ramsey | Atlanta | GA |
| Total Approved Speakers – Southeast Region: 17  (Physician: 11, NP/PA: 3, Nurse: 3) | | | |
| Total Pending Speakers – Southeast Region: 5 (Physician: 4, NP/PA: 1) | | | |

| Approved Speakers – Big South Region | | | |
|---|---|---|---|
| **Name and Affiliation/Office**<br>**Degree: Physician** | **Territory Specialist** | **City** | **ST** |
| | Jena Burmann | | |
| Christopher C. LaGanke, MD<br>North Central | Don Shannon | Cullman | |
| Emily Riser, MD*<br>Alabama Neurology Associates, PC | Don Shannon | Birmingham | AL |
| **Degree: NP/PA** | | | |
| David D. Wilt, NP<br>Ahsher Neurology, PA | Owen McCullough | Greer | SC |
| Paul Winner, DO*<br>Palm Beach Neurology | Jena Burmann | | |
| Total Approved Speakers – Big South Region: 3  (Physician: 2, NP/PA: 1) | | | |
| Total Pending Speakers – Big South Region: 2 (Physician: 1, NP/PA: 1) | | | |

H.P. **Acthar** GEL
(repository corticotropin injection) 80 U/mL

*=MS Specialist


QUESTCOR®
PHARMACEUTICALS, INC.

# MS Speakers Trained on Acthar®

| Approved Speakers – Atlantic Region | | | |
|---|---|---|---|
| Name and Affiliation/Office Degree: Physician | Territory Specialist | City | ST |
| Stacey Lawrence Epps, MD Bon Secours Medical Group Neurology Clinic | Jill Campbell | Midlothian | VA |
| S. Michael Freeman, MD Raleigh Neurology Associates, MD | Andy Winecoff | Raleigh | NC |
| Ruwant D.P. Gunawardane, MD Maryland Neurological Center | Polly Kuge | Fulton | MD |
| R. Glynn Lloyd, MD Raleigh Neurology Associates | Jim Greco | Newport News | VA |
| Pedro de Macedo, MD President Washington Medical Group, PC | Allison Polich | Washington | DC |
| Suzanne Oh, MD | Diana Dersh | Chevy Chase | MD |
| Degree: NP/PA | | | |
| Nancy Maginn, PA Maryland Neurological Center | Andy Winecoff | Washington | NC |
| Nora Schuette, MS-PAS Raleigh Neurology Associates | Andy Winecoff | Raleigh | NC |
| D. Michelle Smith, MSN, NP Raleigh Neurology Associates | Allison Polich | Fairfax | VA |
| Degree: LPN/RN | | | |
| Donna M. Williams, RN | Allison Polich | Dallas | |
| Total Approved Speakers – Atlantic Region: 10 (Physician: 6, NP/PA: 3, Nurse: 1) | | | |
| Total Pending Speakers – Atlantic Region: 0 | | | |

 **QUESTCOR®**
PHARMACEUTICALS, INC.

# MS Speakers Trained on Acthar®

| Approved Speakers – West Region | | | |
|---|---|---|---|
| **Name and Affiliation/Office<br>Degree: Physician** | **Territory<br>Specialist** | **City** | **ST** |
| **Daniel S. Bandari, MD, MS\***<br>MS Center of Southern California | Jessica Sukanen | Newport Beach | CA |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Andrew H. Woo, MD, PhD**<br>Santa Monica Neurological | Kim Bryant | Santa Monica | CA |
| **Degree: LPN/RN** | | | |
| **Carol Saunders, BSN, MSCN\***<br>Private Practice | Michael Dittbenner | Oceanside | CA |
| | | | |

H.P **Acthar**®GEL
(repository corticotropin injection) 80 U/mL

\*=MS Specialist

# EXHIBIT M