Thank u for your help today

Hey Lis -- Do you think it would be OK to deactivate Papa-Rugino from the speaker bureau, at least for a while? We are at our company cap and can't add new speakers until we clean up the database. She's only been used once in a year for a patient program and 0 HCP programs. Let me know, thanks!

Let me think about it. I am seeing her tomorrow and she has come around this past quarter.

Type message

# EXHIBIT N

**Pratta, Lisa**

| | |
|---|---|
| **From:** | Stabile, John |
| **Sent:** | Friday, January 03, 2014 9:41 AM |
| **To:** | Cikowski, Joseph; Pratta, Lisa |
| **Subject:** | FW: Starter Vial for Amos Katz, MD |
| **Attachments:** | SRFs A002796-A002800.pdf |

Hi Joe & Lisa,

Attached is the PDF with 5 separate starter vial forms with unique ID numbers at the bottom. Joe, I'd like you to take the lead with the in service and management of the vials in Katz's office since you have experience from other centers. Please let me know when you give the center a form so I can keep track for Darlene. I'll be at a manager's meeting all next week, but let me know if you need any help before your meeting with the center. Thanks guys..

-John

 **QUESTCOR®**
PHARMACEUTICAL, INC.
**John J. Stabile**
Regional Manager, Neurology | North Central
john.stabile@questcor.com | c: 201.388.6656

**From:** Camp, Jason
**Sent:** Thursday, January 02, 2014 10:07 AM
**To:** Stabile, John
**Subject:** RE: Starter Vial for Amos Katz, MD

Happy New Year. Sorry about the delay in getting these to you.

Jason

1

# H.P. Acthar® Gel (repository corticotropin injection)
## SAMPLE REQUEST FAX FORM
### FAX 866-664-4470

**Physician signature required to receive sample.**
**REQUESTING PHYSICIAN INFORMATION**

| Last | First | Middle Initial |
|------|-------|----------------|

Professional Designation (i.e. M.D., D.O.)

Address (address must match state license address)

Address 2

| City | State | Zip |
|------|-------|-----|

| Phone | Fax |
|-------|-----|

| Specialty (Optional) | E-Mail Address (Optional) |
|----------------------|----------------------------|

State License #

| PRODUCT | NDC # | QUANTITY |
|---------|-------|----------|
| H.P. Acthar® Gel | 63004-8710-1 | (1) 5 ml vial per facility |

*I request this drug sample indicated hereon for the medical needs of my patients. I further acknowledge that this sample is not to be sold, purchased, traded or submitted for reimbursement to any health insurance plan. I certify that I am currently licensed with the appropriate state and/or federal authority to receive this drug sample.*

*Manufactured for QUESTCOR PHARMACEUTICALS, INC.*
*Distributed by QUESTCOR PHARMACEUTICALS, INC.*

| Physician's Signature | Date |
|-----------------------|------|

| Acthar Specialist | Date |
|-------------------|------|

Territory #

$N^{\underline{0}}$ A002800

*Original form only. No duplicates or photocopies accepted.*

PM 342-00

# H.P. Acthar® Gel (repository corticotropin injection)
## SAMPLE REQUEST FAX FORM
### FAX 866-664-4470

**Physician signature required to receive sample.**
**REQUESTING PHYSICIAN INFORMATION**

| | | |
|---|---|---|
| Last | First | Middle Initial |

Professional Designation (i.e. M.D., D.O.)

Address (address must match state license address)

Address 2

| | | |
|---|---|---|
| City | State | Zip |

| | |
|---|---|
| Phone | Fax |

| | |
|---|---|
| Specialty (Optional) | E-Mail Address (Optional) |

State License #

| PRODUCT | NDC # | QUANTITY |
|---|---|---|
| H.P. Acthar® Gel | 63004-8710-1 | (1) 5 ml vial per facility |

*I request this drug sample indicated hereon for the medical needs of my patients. I further acknowledge that this sample is not to be sold, purchased, traded or submitted for reimbursement to any health insurance plan. I certify that I am currently licensed with the appropriate state and/or federal authority to receive this drug sample.*

Manufactured for QUESTCOR PHARMACEUTICALS, INC.
Distributed by QUESTCOR PHARMACEUTICALS, INC.

| | |
|---|---|
| Physician's Signature | Date |

| | |
|---|---|
| Acthar Specialist | Date |

Territory #

N⁰ A002799

*Original form only. No duplicates or photocopies accepted.*

PM 342-00

# H.P. Acthar® Gel (repository corticotropin injection)
## SAMPLE REQUEST FAX FORM
### FAX 866-664-4470

**Physician signature required to receive sample.**
**REQUESTING PHYSICIAN INFORMATION**

| | | |
|---|---|---|
| Last | First | Middle Initial |

Professional Designation (i.e. M.D., D.O.)

Address (address must match state license address)

Address 2

| | | |
|---|---|---|
| City | State | Zip |

| | |
|---|---|
| Phone | Fax |

| | |
|---|---|
| Specialty (Optional) | E-Mail Address (Optional) |

State License #

| PRODUCT | NDC # | QUANTITY |
|---|---|---|
| H.P. Acthar® Gel | 63004-8710-1 | (1) 5 ml vial per facility |

I request this drug sample indicated hereon for the medical needs of my patients. I further acknowledge that this sample is not to be sold, purchased, traded or submitted for reimbursement to any health insurance plan. I certify that I am currently licensed with the appropriate state and/or federal authority to receive this drug sample.

*Manufactured for QUESTCOR PHARMACEUTICALS, INC.*
*Distributed by QUESTCOR PHARMACEUTICALS, INC.*

| | |
|---|---|
| Physician's Signature | Date |

| | |
|---|---|
| Acthar Specialist | Date |

Territory #

$N^{\underline{o}}$ A002798

*Original form only. No duplicates or photocopies accepted.*

PM 342-00

# H.P. Acthar® Gel (repository corticotropin injection)
## SAMPLE REQUEST FAX FORM
### FAX 866-664-4470

**Physician signature required to receive sample.**
**REQUESTING PHYSICIAN INFORMATION**

| Last | First | Middle Initial |
|------|-------|----------------|

Professional Designation (i.e. M.D., D.O.)

Address (address must match state license address)

Address 2

| City | State | Zip |
|------|-------|-----|

| Phone | Fax |
|-------|-----|

| Specialty (Optional) | E-Mail Address (Optional) |
|----------------------|---------------------------|

State License #

| PRODUCT | NDC # | QUANTITY |
|---------|-------|----------|
| H.P. Acthar® Gel | 63004-8710-1 | (1) 5 ml vial per facility |

*I request this drug sample indicated hereon for the medical needs of my patients. I further acknowledge that this sample is not to be sold, purchased, traded or submitted for reimbursement to any health insurance plan. I certify that I am currently licensed with the appropriate state and/or federal authority to receive this drug sample.*

*Manufactured for QUESTCOR PHARMACEUTICALS, INC.*
*Distributed by QUESTCOR PHARMACEUTICALS, INC.*

| Physician's Signature | Date |
|-----------------------|------|

| Acthar Specialist | Date |
|-------------------|------|

Territory #

N⁰ A002797

*Original form only. No duplicates or photocopies accepted.*

PM 342-00

# H.P. Acthar® Gel (repository corticotropin injection)
## SAMPLE REQUEST FAX FORM
### FAX 866-664-4470

**Physician signature required to receive sample.**
**REQUESTING PHYSICIAN INFORMATION**

Last _____   First _____   Middle Initial _____

Professional Designation (i.e. M.D., D.O.) _____

Address (address must match state license address) _____

Address 2 _____

City _____   State _____   Zip _____

Phone _____   Fax _____

Specialty (Optional) _____   E-Mail Address (Optional) _____

State License # _____

| PRODUCT | NDC # | QUANTITY |
|---|---|---|
| H.P. Acthar® Gel | 63004-8710-1 | (1) 5 ml vial per facility |

I request this drug sample indicated hereon for the medical needs of my patients. I further acknowledge that this sample is not to be sold, purchased, traded or submitted for reimbursement to any health insurance plan. I certify that I am currently licensed with the appropriate state and/or federal authority to receive this drug sample.

Manufactured for QUESTCOR PHARMACEUTICALS, INC.
Distributed by QUESTCOR PHARMACEUTICALS, INC.

Physician's Signature _____   Date _____

Acthar Specialist _____   Date _____

Territory # _____

Nº A002796

*Original form only. No duplicates or photocopies accepted.*

PM 342-00

# EXHIBIT O

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Region | Regional Manager | Achtar Specialist | Territory | 2013 Paid Shipped/ Medicaid | 2013 Medicaid/ Medaid HMO | 2013 Total PAP | 2013 Total Withdrawn/ Denied | Total 2013 Closed Orders | Region Totals |
| 2 | Atlantic | Todd Brock | Andy Winecoff | Raleigh | 122 | 10 | 6 | 34 | 164 | |
| 3 | Atlantic | Todd Brock | Mlkie Parry | North Maryland | 84 | 0 | 8 | 22 | 70 | |
| 4 | Atlantic | Todd Brock | Suzanne Stere | DC | 80 | 3 | 4 | 29 | 18 | |
| 5 | Atlantic | Todd Brock | Jill Campbell | Richmond | 57 | 5 | 6 | 15 | 56 | |
| 6 | Atlantic | Todd Brock | Rebekah Whitfield | Greensboro | 37 | 3 | 2 | 10 | 32 | |
| 7 | Atlantic | Todd Brock | Dennis Deitch | Baltimore | 36 | 3 | 3 | 11 | 31 | |
| 8 | Atlantic | Todd Brock | Sommer Bennett | Virginia Beach | 40 | 0 | 1 | 13 | 28 | 376 |
| 9 | Big South | Mike Murphy | Don Shannon | Birmingham | 169 | 2 | 12 | 35 | 143 | |
| 10 | Big South | Mike Murphy | Meredith Youing | Columbia | 75 | 6 | 3 | 14 | 70 | |
| 11 | Big South | Mike Murphy | Gene Page | Charleston, SC | 50 | 1 | 3 | 10 | 44 | |
| 12 | Big South | Mike Murphy | Eddie Brown | Gulf Coast | 30 | 2 | 1 | 2 | 31 | |
| 13 | Big South | Mike Murphy | Jena Holoman | Charlotte | 32 | 1 | 2 | 8 | 27 | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | Big South | Mike Murphy | Skip Crabtree | New Orleans | 29 | 3 | 3 | 8 | 27 | |
| 15 | Big South | Mike Murphy | Casey McAlexander | Memphis | 16 | 2 | 1 | 8 | 11 | |
| 16 | Big South | Mike Murphy | Will Berryman | Little Rock | 10 | 0 | 1 | 4 | 7 | 365 |
| 17 | Central | Matt Davidson | Charles Gambino | Buffalo | 114 | 6 | 12 | 18 | 114 | |
| 18 | Central | Matt Davidson | Bryan Forbes | Knoxville | 87 | 18 | 9 | 15 | 99 | |
| 19 | Central | Matt Davidson | Daniela Altieri | Cleveland | 76 | 12 | 5 | 14 | 79 | |
| 20 | Central | Matt Davidson | Mike Stockhoff | Nashville | 72 | 2 | 8 | 11 | 71 | |
| 21 | Central | Matt Davidson | Chris Uram | Pittsburgh South | 38 | 1 | 1 | 9 | 31 | |
| 22 | Central | Matt Davidson | Mike Meinert | Pittsburgh | 38 | 2 | 0 | 10 | 30 | |
| 23 | Central | Matt Davidson | Open Syracuse | Syracuse | 14 | 0 | 1 | 7 | 8 | 432 |
| 24 | Great Lakes | Mark Melcher | OPEN | Chicago | 56 | 2 | 5 | 7 | 56 | |
| 25 | Great Lakes | Mark Melcher | Jeff Rennell | Grand Rapids | 47 | 3 | 0 | 7 | 43 | |
| 26 | Great Lakes | Mark Melcher | Meghann Bauer | Milwaukee | 34 | 5 | 2 | 6 | 35 | |
| 27 | Great Lakes | Mark Melcher | Tony Hines | North Detroit | 40 | 2 | 10 | 9 | 43 | |
| 28 | Great Lakes | Mark Melcher | Monica Pietris | Saginaw | 22 | 3 | 2 | 9 | 18 | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | Great Lakes | Mark Melcher | Alan Studant | South Chicago | 55 | 3 | 4 | 8 | 54 | |
| 30 | Great Lakes | Mark Melcher | Tom Norgiel | South Detroit | 18 | 2 | 5 | 8 | 17 | |
| 31 | Great Lakes | Mark Melcher | Zach Stroble | West Chicago | 45 | 2 | 6 | 17 | 36 | 302 |
| 32 | Midwest | Doug Dolonec | Natalie Ayers-Shapiro | Cincinnati | 44 | 4 | 3 | 6 | 45 | |
| 33 | Midwest | Doug Dolenec | Dorothy Polston | Columbus | 74 | 9 | 3 | 14 | 72 | |
| 34 | Midwest | Doug Dolenec | OPEN | Dayton | 36 | 0 | 2 | 4 | 34 | |
| 35 | Midwest | Doug Dolenc | Alan McClure | Louisville | 55 | 5 | 3 | 14 | 49 | |
| 36 | Midwest | Doug Dolenc | Shauna Heltzel | North Indianapolis | 29 | 2 | 2 | 3 | 30 | |
| 37 | Midwest | Doug Dolenc | Kim Evangelisti | Peoria | 96 | 8 | 12 | 19 | 97 | |
| 38 | Midwest | Doug Dolenc | Tricia Perry | South Indianapolis | 37 | 3 | 3 | 5 | 38 | |
| 39 | Midwest | Doug Dolenc | Kelly Clasen | St. Louis | 83 | 2 | 5 | 15 | 75 | 440 |
| 40 | Mountain | Kurt Brushaber | Nick Brunetti | Denver | 212 | 23 | 19 | 58 | 285 | |
| 41 | Mountain | Kurt Brushaber | Ed Connelly | East Minneapolis | 52 | 0 | 0 | 4 | 48 | |
| 42 | Mountain | Kurt Brushaber | Angela Nail | Lubbock | 7 | 1 | 0 | 2 | 6 | |
| 43 | Mountain | Kurt Brushaber | Cindy Scheidt | Omaha | 36 | 2 | 6 | 15 | 29 | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 44 | Mountain | Kurt Brushaber | Daniel Overman | Salt Lake City | 49 | 2 | 11 | 15 | 47 | 337 |
| 45 | Mountain | Kurt Brushaber | Kellie Drangeid | West Minneapolis | 13 | 0 | 1 | 3 | 11 | |
| 46 | North Central | John Stabile | Rob Santa | Harrisburg | 76 | 5 | 8 | 10 | 79 | |
| 47 | North Central | John Stabile | Ted Madru | Hartford | 61 | 6 | 1 | 9 | 59 | |
| 48 | North Central | John Stabile | Anthony Luongo | New Haven | 21 | 2 | 0 | 1 | 22 | |
| 49 | North Central | John Stabile | Christine Traficant | North New Jersey | 43 | 4 | 5 | 8 | 44 | |
| 50 | North Central | John Stabile | Stacy Clancy | North Philadelphia | 47 | 0 | 3 | 11 | 39 | |
| 51 | North Central | John Stabile | Art Veno | Scranton | 85 | 3 | 3 | 11 | 80 | |
| 52 | North Central | John Stabile | Lisa Pratta | South New Jersey | 38 | 4 | 3 | 16 | 29 | |
| 53 | North Central | John Stabile | Bob Bobeck | South Philadelphia | 46 | 5 | 5 | 12 | 44 | 396 |
| 54 | Northeast | Ken Miller | Kim Nichols | Boston | 13 | 1 | 0 | 2 | 12 | |
| 55 | Northeast | Ken Miller | Corrie Prato | Brooklyn | 112 | 17 | 3 | 12 | 110 | |
| 56 | Northeast | Ken Miller | Cris Hozven | Long Island | 99 | 4 | 4 | 9 | 98 | |
| 57 | Northeast | Ken Miller | Janet Brochu | Maine | 27 | 1 | 3 | 4 | 27 | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 58 | Northeast | Ken Miller | James Worsham | Manhattan | 35 | 3 | 2 | 6 | 34 | |
| 59 | Northeast | Ken Miller | Susan Zemaitis | Providence | 94 | 6 | 0 | 8 | 92 | 428 |
| 60 | Northeast | Ken Miller | Will Darling | Worcester | 46 | 10 | 2 | 13 | 45 | |
| 61 | Northwest | Holly Zickler | Heather Romero | Oregon | 12 | 0 | 0 | 1 | 11 | |
| 62 | Northwest | Holly Zickler | Terry Lee | Sacramento | 73 | 2 | 10 | 19 | 66 | |
| 63 | Northwest | Holly Zickler | Open San Francisco | San Francisco | 50 | 0 | 6 | 25 | 31 | |
| 64 | Northwest | Holly Zickler | Raje Dhillon | San Jose | 36 | 2 | 6 | 9 | 35 | |
| 65 | Northwest | Holly Zickler | Darla Hillard | Spokane | 14 | 0 | 5 | 6 | 13 | 156 |
| 66 | Southeast | Alan Killick | Julie Rohrer | Ft Lauderdale | 34 | 3 | 4 | 11 | 30 | |
| 67 | Southeast | Alan Killick | Jason Ambrose | Jacksonville | 152 | 17 | 4 | 21 | 132 | |
| 68 | Southeast | Alan Killick | Derek Stephens | Macon | 107 | 5 | 3 | 12 | 103 | |
| 69 | Southeast | Alan Killick | Natalie Talas | Miami | 113 | 14 | 5 | 16 | 118 | |
| 70 | Southeast | Alan Killick | Kathy Ramsey | North Atlanta | 63 | 2 | 10 | 9 | 56 | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | Southeast | Alan Killick | Tami Long | Orlando | 110 | 7 | 7 | 33 | 91 | |
| 72 | Southeast | Alan Killick | Julie Bernard | South Atlanta | 48 | 2 | 2 | 9 | 43 | |
| 73 | Southeast | Alan Killick | Stephanie McGregor | Tampa | 50 | 2 | 2 | 11 | 43 | 644 |
| 74 | Southwest | Curt Buttiker | Abbie Furrow | Dallas | 47 | 2 | 2 | 8 | 43 | |
| 75 | Southwest | Curt Buttiker | Andrea Eyring | East Houston | 86 | 0 | 12 | 20 | 78 | |
| 76 | Southwest | Curt Buttiker | Robert Bueche | Forth Worth | 27 | 0 | 1 | 5 | 23 | |
| 77 | Southwest | Curt Buttiker | David Gadwood | Kansas City | 58 | 3 | 2 | 12 | 31 | |
| 78 | Southwest | Curt Buttiker | Benji Stone | Oklahoma City | 44 | 5 | 5 | 12 | 42 | |
| 79 | Southwest | Curt Buttiker | Kathy Anderson | San Antonio | 62 | 2 | 8 | 14 | 58 | |
| 80 | Southwest | Curt Buttiker | Terry Westhoff | Springfield | 9 | 3 | 1 | 4 | 9 | |
| 81 | Southwest | Curt Buttiker | Open West Houston | West Houston | 8 | 0 | 0 | 1 | 7 | 311 |
| 82 | West | Randy Pratt | Jamey Zborowski | Anaheim | 26 | 2 | 5 | 6 | 27 | |
| 83 | West | Randy Pratt | Susan Stevens | Colorado Springs | 53 | 12 | 3 | 9 | 58 | |
| 84 | West | Randy Pratt | Nevan Rushing | Las Vegas | 75 | 4 | 8 | 13 | 74 | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 85 | West | Randy Pratt | Kim Bryant | Los Angeles | 19 | 0 | 1 | 3 | 17 | |
| 86 | West | Randy Pratt | Phil Williams | North LA | 80 | 0 | 9 | 16 | 73 | |
| 87 | West | Randy Pratt | Shauna Morales | Phoenix | 68 | 2 | 3 | 21 | 92 | |
| 88 | West | Randy Pratt | Brian Roy | San Diego | 74 | 0 | 7 | 16 | 85 | |
| 89 | West | Randy Pratt | Joy Beitz | South Phoenix | 23 | 1 | 3 | 2 | 25 | 392 |
| 90 | | | | | | | | | | |
| 91 | Total | | | | | | | | 4579 | |
| 92 | | | | | | | | | | |
| 93 | Average | | | | | | | | 52.0340909 | |
| 94 | Minimum | | | | | | | | 6 | |
| 95 | Maximum | | | | | | | | 196 | |
| 96 | | | | | | | | | | |
| 97 | Color Key | | | | | | | | | |
| 98 | | # of Reps | Total Referrals | | | | | | | |
| 99 | Red = Over 200 | 8 | 1053 | | | | | | | |
| 100 | Yellow = 74-99 | 10 | 868 | | | | | | | |
| 101 | Green = 50-74 | 18 | 983 | | | | | | | |
| 102 | TOTAL | 36 | 2904 | | | | | | | |

# EXHIBIT P

| Region | Regional Manager | Achtar Specialist | Territory | 2014 Paid Shipped/Medicaid | 2014 Medicaid/Medaid HMO | 2014 Total PAP | 2014 Total Withdrawn/Denied | Total 2014 Closed Orders | Region Totals |
|---|---|---|---|---|---|---|---|---|---|
| Big South (Neuro) | | | | | | | | | |
| Atlantic (Neuro) | Todd | Tony Ramey | Baltimore (Neuro) | 10 | 0 | 3 | 3 | 10 | |
| Atlantic (Neuro) | Brock | Dennis Deitch | DC (Neuro) | 46 | 1 | 6 | 9 | 44 | |
| Atlantic (Neuro) | Todd | Suzanne Stere | Greensboro (Neuro) | 209 | 1 | 29 | 71 | 168 | |
| Atlantic (Neuro) | Brock | Rebekah Whitfield | North (Neuro) | 40 | 6 | 7 | 6 | 47 | |
| Atlantic (Neuro) | Todd | Mikie Parry | Maryland Raleigh (Neuro) | 26 | 0 | 6 | 10 | 22 | |
| Atlantic (Neuro) | Brock | Andy Winecoff | Richmond (Neuro) | 136 | 11 | 17 | 38 | 126 | |
| Atlantic (Neuro) | Todd | Jill Campbell | Virginia (Neuro) | 64 | 1 | 18 | 28 | 55 | |
| Atlantic (Neuro) | Brock | Sommer Bennett | Virginia Beach (Neuro) | 38 | 1 | 12 | 9 | 42 | |
| Big South (Neuro) | Unknown | Don Shannon | Birmingham (Neuro) | 160 | 6 | 20 | 49 | 137 | |
| Big South (Neuro) | Unknown | Gene Page | Charleston SC (Neuro) | 50 | 7 | 3 | 16 | 44 | |
| Big South (Neuro) | Unknown | Jena Holoman | Charlotte (Neuro) | 35 | 0 | 2 | 1 | 36 | |
| Big South (Neuro) | Unknown | Meredith Young | Columbia (Neuro) | 98 | 9 | 8 | 21 | 94 | |
| Big South (Neuro) | Unknown | Eddie Brown | Gulf Coast (Neuro) | 54 | 18 | 3 | 7 | 68 | |
| Big South (Neuro) | Unknown | Casey McAlexander | Memphis (Neuro) | 33 | 6 | 8 | 6 | 41 | |

| Region | Manager | Rep | Territory | | | | | |
|---|---|---|---|---|---|---|---|---|
| Big South (Neuro) | Unknown | Skip Crabtree | | 33 | 2 | 8 | 8 | 35 |
| Central (Neuro) | Matt Davidson | Charles Gambino | New Orleans (Neuro) | 62 | 6 | 9 | 21 | 56 |
| Central (Neuro) | Matt Davidson | Todd Aldrige | Buffalo (Neuro) | 17 | 5 | 1 | 4 | 19 |
| Central (Neuro) | Matt Davidson | Daniela Altieri | Charleston (Neuro) | Kur | 10 | 9 | 9 | 10 |
| Central (Neuro) | Matt Davidson | Bryan Forbes | Cleveland (Neuro) | 81 | 19 | 13 | 14 | 99 |
| Central (Neuro) | | Joe Crockett | Knoxville (Neuro) | 68 | 1 | 9 | 14 | 64 |
| Central (Neuro) | | Jennifer Barricella | | 41 | 0 | 1 | 8 | 34 |
| Central (Neuro) | Matt Davidson | Mike Meinert | South Pittsburgh (Neuro) | 33 | 3 | 3 | 6 | 33 |
| Central (Neuro) | | Charles Howell | Open | 13 | 0 | 2 | 9 | 6 |
| Great Lakes (Neuro) | | West_Chicago_Neur | | 43 | 4 | 7 | 9 | 45 |
| Great Lakes (Neuro) | Mark Melcher | Meghann Bauer | Chicago (Neuro) | 7 | 0 | 0 | 3 | 4 |
| Great Lakes (Neuro) | | Dana Schmidt | | 36 | 5 | 2 | 4 | 39 |
| Great Lakes (Neuro) | Mark Melcher | Tony Hines | North Detroit (Neuro) | 18 | 1 | 4 | 4 | 19 |
| Great Lakes (Neuro) | Mark Melcher | Wendy Gissal | Milwaukee (Neuro) | 32 | 6 | 4 | 3 | 39 |

| Region | Manager | Name | City | | | | | |
|---|---|---|---|---|---|---|---|---|
| Great Lakes (Neuro) | | | | 28 | 2 | 4 | 11 | 23 |
| Great Lakes (Neuro) | | | | 24 | 0 | 7 | 12 | 19 |
| Great Lakes (Neuro) | | Scott Dunkelberger | South | 38 | 9 | 1 | 13 | 35 |
| Great Lakes (Neuro) | Mark Melcher | Alan Studant | Chicago | 123 | 1 | 10 | 16 | 118 |
| Great Lakes (Rheum) | | Dave Diebolt | | 1 | 0 | 0 | 0 | 1 |
| Great Lakes (Rheum) | | Trinka Riordan | | 0 | 0 | 0 | 1 | -1 |
| Great Lakes (Rheum) | | Brad Nauman | | 2 | 0 | 2 | 0 | 4 |
| Inactive (Unknown) | | | | 10 | 1 | 0 | 5 | 6 |
| Mid-Atlantic (Rheum) | | Lisa Gius | | 4 | 0 | 0 | 1 | 3 |
| Midwest (Neuro) | Doug Dolenc | Kelly Classen | St. Louis (Neuro) | 45 | 2 | 3 | 14 | 36 |
| Midwest (Neuro) | Doug Dolenc | Natalie Ayres-Shapiro | Cincinnati (Neuro) | 33 | 8 | 1 | 1 | 41 |
| Midwest (Neuro) | Doug Dolenc | Dorothy Polston | Columbus (Neuro) | 75 | 7 | 2 | 10 | 74 |
| Midwest (Neuro) | Doug Dolenc | Alan McClure | Louisville (Neuro) | 92 | 14 | 16 | 14 | 108 |
| Midwest (Neuro) | Doug Dolenc | Shauna Heltzel | North Indiananp (Neuro) | 41 | 2 | 6 | 4 | 45 |

| Region | Manager | Rep | Territory | | | | | |
|---|---|---|---|---|---|---|---|---|
| Midwest (Neuro) | Doug Dolenc | | Peoria (Neuro) | 86 | 9 | 11 | 5 | 101 |
| Midwest (Neuro) | Doug Dolenc | Kim Evangelisti | South | 36 | 3 | 3 | 5 | 37 |
| Mountain (Neuro) | Kurt Brushabe | Tricia Perry | Indianapo | 171 | 18 | 26 | 22 | 193 |
| Mountain (Neuro) | | Nick Bruetti | Denver (Neuro) | 3 | 1 | 0 | 6 | -2 |
| Mountain (Neuro) | | Steven Graf | | 39 | 4 | 2 | 5 | 40 |
| Mountain (Neuro) | | Open East | | | | | | |
| Mountain (Neuro) | Kurt | _Minneapolis_Neur | | | | | | |
| Mountain (Neuro) | Brushabe | Angela Nail | Lubbock (Neuro) | 16 | 1 | 1 | 4 | 14 |
| Mountain (Neuro) | r Kurt | Cindy Scheidt | Omaha (Neuro) | 28 | 3 | 12 | 14 | 29 |
| Mountain (Neuro) | Brushabe Kurt | Daniel Overman | Salt Lake City | 43 | 0 | 12 | 24 | 31 |
| Mountain (Neuro) | Brushabe Kurt | Kellie Drangeid | West | 6 | 0 | 2 | 1 | 7 |
| National | Brushabe | | Minneapo | 0 | 0 | 0 | 1 | -1 |
| Pulmonolo North | | Anna Bates | | | | | | |
| Central | | Joseph Moore | | 26 | 3 | 1 | 8 | 22 |
| North Central (Neuro) | John Stabile | Rob Santa | Harrisburg (Neuro) | 42 | 1 | 5 | 10 | 38 |
| North Central | John Stabile | Ted Madru | Hartford (Neuro) | 35 | 10 | 8 | 9 | 44 |
| North Central | | Naveed Aznat | | 19 | 2 | 2 | 2 | 21 |
| Central North | John Stabile | Christine Traficant | Jersey (Neuro) | 35 | 2 | 4 | 13 | 28 |

| Region | Manager | Rep | Location | | | | | |
|---|---|---|---|---|---|---|---|---|
| North Central (Neuro) | | | | 17 | 0 | 0 | 5 | 12 |
| North Central (Neuro) | John Stabile | Art Veno | Scranton (Neuro) | 66 | 4 | 7 | 9 | 68 |
| North Central (Neuro) | John Stabile | Lisa Pratta | South New Jersey | 37 | 2 | 4 | 6 | 37 |
| North Central (Neuro) | John Stabile | Bob Bobeck | South Philadelp | 47 | 4 | 3 | 11 | 43 |
| North Central (Neuro) | Ken Miller | Sandra Spinelli | Albany (Neuro) | 10 | 0 | 0 | 7 | 3 |
| Northeast (Neuro) | | | | 8 | 6 | 1 | 1 | 14 |
| Northeast (Neuro) | Ken Miller | Corrie Prato | Brooklyn (Neuro) | 145 | 27 | 10 | 21 | 161 |
| Northeast (Neuro) | Ken Miller | Philip Laguador | Downstate NY (Neuro) | 10 | 0 | 2 | 3 | 9 |
| Northeast (Neuro) | Ken Miller | Cris Hozven | Long Island (Neuro) | 87 | 4 | 11 | 17 | 85 |
| Northeast (Neuro) | Ken Miller | Emily Cooper | | 29 | 0 | 2 | 5 | 26 |
| Northeast (Neuro) | Ken Miller | Kim Nicholls | Boston (Neuro) | 7 | 1 | 0 | 1 | 7 |
| Northeast (Neuro) | Ken Miller | Susan Zemaitis | Providence (Neuro) | 99 | 3 | 2 | 14 | 90 |

| Region | Manager | Doctor | Location | | | | | |
|---|---|---|---|---|---|---|---|---|
| Northeast (Neuro) | Ken Miller | Will Darling | Worcester (Neuro) | 29 | 2 | 5 | 8 | 28 |
| Northeast (Neuro) | | | | 14 | 1 | 4 | 6 | 13 |
| Northeast (Rheum) | | Len Rivera | | 2 | 0 | 0 | 0 | 2 |
| Northeast (Rheum) | | Bill O'Donnell | | 0 | 0 | 1 | 0 | 1 |
| Northwest (Neuro) | Holly Zickler | Darin Kittleson | Montana (Neuro) | 19 | 0 | 0 | 4 | 15 |
| Northwest (Neuro) | Holly Zickler | Heather Romero | Oregon (Neuro) | 14 | 0 | 0 | 6 | 8 |
| Northwest (Neuro) | Holly Zickler | Terry Lee | Sacramento (Neuro) | 74 | 0 | 5 | 18 | 61 |
| Northwest (Neuro) | Holly Zickler | Jamie McLeod | | 73 | 0 | 3 | 23 | 53 |
| Northwest (Neuro) | Holly Zickler | Raje Dhillon | San Jose (Neuro) | 65 | 3 | 6 | 16 | 58 |
| Northwest (Neuro) | Holly Zickler | Jeffrey Riordan | Seattle (Neuro) | 10 | 1 | 3 | 2 | 12 |
| Northwest (Neuro) | Holly Zickler | Darla Hilliard | Spokane (Neuro) | 20 | 0 | 6 | 6 | 20 |
| Southeast (Neph) | Tami | Barbara Milkey | Miami | 1 | 0 | 0 | 0 | 1 |
| Southeast (Neuro) | Long | Natalie Talas | North (Neuro) | 92 | 0 | 16 | 16 | 92 |
| Southeast (Neuro) | Tami | Kathy Ramsey | Atlanta | 71 | 1 | 15 | 9 | 78 |
| Southeast (Neuro) | Long | Stephanie McGregor | Tampa (Neuro) | 57 | 1 | 5 | 8 | 55 |
| Southeast (Rheum) | | Kelsey LaCoste | | 0 | 0 | 1 | 0 | 1 |

| Region | Rep | Person | City | | | | | |
|---|---|---|---|---|---|---|---|---|
| Southeast (Rheum) | | Nick LaCasse | | 1 | 0 | 0 | 0 | 1 |
| Southeast (Neuro) | Tami Long | Derek Stephens | Macon (Neuro) | 79 | 0 | 7 | 13 | 73 |
| Southeast (Neuro) | Tami Long | Julie Rohrer | Ft. Lauderdal | 47 | 10 | 7 | 3 | 61 |
| Southeast (Neuro) | | Cheryl Kennedy | South Atlanta | 139 | 12 | 10 | 22 | 139 |
| Southeast (Neuro) | Tami Long | Julie Bernard | | 64 | 6 | 5 | 9 | 66 |
| Southeast (Neuro) | Tami Long | Jason Ambrose | Jacksonville (Neuro) | 154 | 29 | 8 | 14 | 177 |
| Southwest (Neuro) | Curt Buttiker | Abbie Furrow | Dallas (Neuro) East | 40 | 4 | 3 | 12 | 35 |
| Southwest (Neuro) | Curt Buttiker | Andrea Eyring | Houston (Neuro) Fort Worth | 88 | 0 | 6 | 21 | 73 |
| Southwest (Neuro) | Curt Buttiker | Robert Bueche | Kansas City | 24 | 0 | 6 | 6 | 24 |
| Southwest (Neuro) | Curt Buttiker | David Gadwood | Oklahoma City | 67 | 8 | 4 | 15 | 64 |
| Southwest (Neuro) | Curt Buttiker | Benji Stone | San Antonio | 67 | 12 | 7 | 15 | 71 |
| Southwest (Neuro) | Curt Buttiker | Kathy Anderson | | 60 | 2 | 5 | 4 | 63 |
| Southwest | Curt | Open Springfield | Springfiel | 0 | 0 | 1 | 0 | 1 |
| Southwest | | Steven Taylor | | 22 | 1 | 0 | 9 | 14 |
| Unassigned | Unknow | Unassigned | Unassigne | 0 | 0 | 1 | 2 | -1 |

| Region | Name | Manager | Location | | | | | |
|---|---|---|---|---|---|---|---|---|
| West (Neuro) | Open Anaheim _Neuro | | | 6 | 14 | 5 | 0 | 15 |
| West (Neuro) | Kristy Frechette | Randy Pratt | | 53 | 5 | 4 | 9 | 45 |
| West (Neuro) | Nevan Rushing | Randy Pratt | Las Vegas (Neuro) | 169 | 50 | 26 | 31 | 162 |
| West (Neuro) | Kim Bryant | Randy Pratt | Los Angeles (Neuro) | 17 | 6 | 4 | 0 | 19 |
| West | Tony Castro | | | 34 | 14 | 9 | 0 | 39 |
| West | Shauna Morales | Randy | Phoenix | 79 | 23 | 5 | 9 | 88 |
| West | Phineas Leevy | | | 31 | 12 | 2 | 3 | 38 |
| West | Joy Beitz | Randy | South | 32 | 6 | 7 | 1 | 30 |
| | | | | 0 | | | | |
| | | | | 0 | | | | |
| | | | | 0 | | | | |
| | | | | 0 | | | | |
| | | | | 0 | | | | |
| | | | | 0 | | | | |
| Total (New) | | | | 4 | 1 | 0 | 0 | 5 |
| Total (Old) | | | | 4,889 | 1,119 | 599 | 429 | 4,980 |
| | | | | | 1,119 | 599 | 423 | 5,063 |