IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PLAINTIFF UNDER SEAL, | : |
| | : |
| v. | : Civil Action No. 12-CV-0175 |
| | : |
| DEFENDANT UNDER SEAL. | : |

## THE GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE

### FILED UNDER SEAL

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM M. McSWAIN
United States Attorney

GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

COLIN M. CHERICO
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Tel.: (215) 861-8788

MICHAEL D. GRANSTON
JAMIE A. YAVELBERG
AUGUSTINE M. RIPA
Attorneys, Civil Division
United States Department of Justice
601 D Street, N.W., Room 9928
Washington, D.C. 20004
Tel.: (202) 305-4033

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA et al., ex rel. CHARLES STRUNCK, | : : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 12-CV-0175 : |
| QUESTCOR PHARMACEUTICALS, INC., | : FILED UNDER SEAL : |
| Defendant. | : |

## THE GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it hereby intervenes in this action. The United States intends to file its Complaint in Intervention within 90 days of filing this Notice and to serve the defendant promptly thereafter.

The Government requests that the relator's Fourth Amended Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

The United States reserves the right to seek the dismissal of the relator's action or claim on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

A proposed order accompanies this notice.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM M. McSWAIN
United States Attorney

_/s/_
GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

_/s/_
COLIN M. CHERICO
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Tel.: (215) 861-8788
Fax: (215) 861-8618
E-mail: colin.cherico@usdoj.gov

MICHAEL D. GRANSTON
JAMIE A. YAVELBERG
AUGUSTINE M. RIPA
Attorneys, Civil Division
United States Department of Justice
601 D Street, N.W., Room 9928
Washington, D.C. 20004
Tel.: (202) 305-4033

Date: March 6, 2019

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing United States' Notice of Election to Intervene, as well as an accompanying proposed order, were sent by First Class United States Mail, postage prepaid, this 6th day of March, 2019, to the following:

Ross Begelman and Marc Orlow
Begelman & Orlow, P.C.
411 Route 70 East
Cherry Hill, NJ 08034

Because this action is under seal pursuant to 31 U.S.C. § 3729, et seq., defendant Questcor Pharmaceuticals has not been served with a copy of the foregoing notice or order.

COLIN M. CHERICO
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA et al., ex rel. CHARLES STRUNCK, | : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 12-CV-0175 |
| QUESTCOR PHARMACEUTICALS, INC., | : : FILED UNDER SEAL |
| Defendant. | : : |

## ORDER

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1. the relator's Fourth Amended Complaint, the Government's Notice of Election to Intervene, and this Order be unsealed;

2. the United States shall file its Complaint in Intervention within 90 days of filing the Government's Notice of Election to Intervene;

3. all other papers or Orders on file in this matter shall remain under seal; and

4. the seal shall be lifted on all matters occurring in this action after the date of this Order.

IT IS SO ORDERED,

This _____ day of _____, 2019.


---

HONORABLE BERLE M. SCHILLER
*Judge, United States District Court*