# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA, THE STATE OF DELAWARE, THE STATE OF FLORIDA, THE STATE OF GEORGIA, THE STATE OF HAWAII, THE STATE OF ILLINOIS, THE STATE OF INDIANA, THE STATE OF LOUISIANA, THE STATE OF MICHIGAN, THE STATE OF MONTANA, THE STATE OF NEVADA, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF OKLAHOMA, THE STATE OF RHODE ISLAND, THE STATE OF TENNESSEE, THE STATE OF TEXAS, THE STATE OF WISCONSIN, THE COMMONWEALTH OF MASSACHUSETTS, THE COMMONWEALTH OF VIRGINIA, the DISTRICT OF COLUMBIA, the CITY OF CHICAGO, THE STATE OF CONNECTICUT, THE STATE OF COLORADO, THE STATE OF MARYLAND, THE STATE OF IOWA, THE STATE OF WASHINGTON ex rel. CHARLES STRUNCK and LISA PRATTA, individually and Relator, | **NO. 2:12-cv-0175-BMS** <br><br> **CIVIL ACTION - LAW** |
| Plaintiffs, | |
| v. | |
| MALLINCKRODT ARD, INC. (formerly known as Questcor Pharmaceuticals, Inc., a California corporation), AND MALLINCKRODT plc, an Irish public limited company | |
| Defendants. | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of Defendants, MALLINCKRODT ARD, INC. (f/k/a Questcor Pharmaceuticals, Inc., a California corporation), AND MALLINCKRODT plc, an Irish public limited company in the above-captioned matter.

**POST & SCHELL, P.C.**

Dated: June 10, 2019         By    *s/ John N. Joseph*
                                              JOHN N. JOSEPH , ESQUIRE
                                              I.D. # 046643
                                              Four Penn Center, 14th Floor
                                              1600 John F Kennedy Blvd.
                                              Philadelphia, PA  19103
                                              215-587-1191 (Phone)
                                              215-320-4190 (fax)

                                              *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I, John N. Joseph, Esquire, hereby certify that on this date I caused a true and correct copy of the foregoing Notice of Appearance to be available for viewing and downloading from the ECF System and thereby has been served upon the following counsel of record, electronically:

Ross Begelman, Esquire
Marc Michael Orlow, Esquire
**BEGELMAN & ORLOW, PC**
411 Route 70 East, Suite 245
Cherry Hill, NJ 08034
Ross.Begelman@Begelmanorlow.com
LAWPI@aol.com

William M. Mcswain, Esquire
**U.S. ATTORNEY**
504 W Hamilton St.,  #3701
Allentown, PA 18101
william.mcswain@usdoj.gov

Jamie Ann Yavelberg, Esquire
**U.S. DEPARTMENT OF JUSTICE**
P.O. BOX 261
Ben Franklin Station
Washingtons, DC 20044
jamie.yavelberg@usdoj.gov

Charlene Keller Fullmer, Esquire
Colin Michael F.X. Cherico, Esquire
Gregory B. David, Esquire
Marilyn S. May, Esquire
**U.S. ATTORNEY'S OFFICE**
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
charlene.fullmer@usdoj.gov
colin.cherico@usdoj.gov
gregory.david@usdoj.gov
marilyn.may@usdoj.gov

Daniel R. Anderson, Esquire
Richard S. Nicholson, Esquire
**U.S. DEPT OF JUSTICE CIV DIV**
601 D Street NW Room 9928
Washington, DC 20004

Michael D. Granston, Esquire
601 D St., NW
Washington, DC 20530

Date:  June 10, 2019                          /s/ *John N. Joseph*
                                                                   JOHN N. JOSEPH, ESQUIRE