IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA, THE STATE OF DELAWARE, THE STATE OF FLORIDA, THE STATE OF GEORGIA, THE STATE OF HAWAII, THE STATE OF ILLINOIS, THE STATE OF INDIANA, THE STATE OF LOUISIANA, THE STATE OF MICHIGAN, THE STATE OF MONTANA, THE STATE OF NEVADA, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF OKLAHOMA, THE STATE OF RHODE ISLAND, THE STATE OF TENNESSEE, THE STATE OF TEXAS, THE STATE OF WISCONSIN, THE COMMONWEALTH OF MASSACHUSETTS, THE COMMONWEALTH OF VIRGINIA, the DISTRICT OF COLUMBIA, the CITY OF CHICAGO, THE STATE OF CONNECTICUT, THE STATE OF COLORADO,  THE STATE OF MARYLAND, THE STATE OF IOWA, THE STATE OF WASHINGTON ex rel. CHARLES STRUNCK and LISA PRATTA, individually and Relator,<br><br>Plaintiffs,<br><br>v.<br><br>MALLINCKRODT ARD, INC. (formerly known as Questcor Pharmaceuticals, Inc., a California corporation), AND MALLINCKRODT plc, an Irish public limited company<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No. 12-CV-175 (BMS)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATED BRIEFING SCHEDULE

Plaintiff United States of America, Relators Charles Strunck and Lisa Pratta, and

Defendants Mallinckrodt ARD, Inc. (formerly known as Questcor Pharmaceuticals, Inc.)

and Mallinckrodt plc (collectively, "Mallinckrodt"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1.      Relators Strunck and Pratta filed their original complaint in this action under seal on January 17, 2012, and filed three subsequent amended complaints thereafter. The most recent amended complaint, the Fourth Amended Complaint, was filed under seal on June 13, 2017. (ECF No. 40.)

2.      On March 7, 2019, the United States filed its Notice of Intervention and, on March 8, 2019, the Court ordered that Relators' Fourth Amended Complaint and the United States' Notice of Intervention be unsealed. (ECF Nos. 55, 56.) The original complaint, the First Amended Complaint, the Second Amended Complaint, and the Third Amended Complaint remain under seal.

3.      On June 4, 2019, the United States filed its Complaint-in-Intervention. (ECF 57.)

4.      On June 10, 2019, Mallinckrodt executed waivers of service provided by the United States and Relators' counsel. Mallinckrodt reserves all rights, defenses, or other objections, other than insufficient process or insufficient service of process. Mallinckrodt's response to the United States' Complaint-in-Intervention is currently due on August 5, 2019.

5.      Mallinckrodt anticipates that it will move to dismiss Relators' Fourth Amended Complaint and the United States' Complaint-in-Intervention.

6.      Mallinckrodt shall have until August 19, 2019 to respond to Relators' Fourth Amended Complaint  and to the United States' Complaint-in-Intervention, whether by answer, motion or otherwise.

7.      The United States and Relators shall have until September 24, 2019 to file their respective responses to any motions to dismiss filed by Mallinckrodt.

2

8. Mallinckrodt shall have until October 3, 2019 to file a reply in support of any

motions to dismiss that it files.

9. Mallinckrodt has not previously requested an extension of time to respond to the

Relators' complaint or to the United States' Complaint-in-Intervention. No party has previously

requested an extension of time to file briefs in support of or in opposition to motions to dismiss.

10. Nothing in this Stipulation shall affect the circumstances under which the United

States may amend its Complaint-in-Intervention pursuant to Federal Rule of Civil Procedure 15

("Rule 15"), or the applicability of Rule 15 to any such amendment.

STIPULATED TO BY:

| | |
|---|---|
| /s/ Colin M. Cherico | /s/ John N. Joseph |
| Colin M. Cherico | Ronald H. Levine |
| Assistant United States Attorney | John N. Joseph |
| 615 Chestnut Street, Suite 1250 | Post & Schell, P.C. |
| Philadelphia, PA 19106 | Four Penn Center |
| | 1600 John F. Kennedy Blvd. |
| Augustine M. Ripa | Philadelphia, PA 19103 |
| Attorney, Civil Division | rlevine@postschell.com |
| U.S. Department of Justice | jjoseph@postschell.com |
| 175 N Street, N.E. | |
| Washington, D.C. 20002 | |
| Augustine.M.Ripa@usdoj.gov | |

Attorney for the United States of America

John T. Bentivoglio (pro hac vice to be filed)
Mitchell S. Ettinger (pro hac vice to be filed)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005
john.bentivoglio@skadden.com
mitchell.ettinger@skadden.com

Attorneys for Mallinckrodt

_/s/ Ross Begelman_____
Ross Begelman
Marc Orlow
Begelman & Orlow, PC
411 Route 70 East
Suite 245
Cherry Hill, NJ 08034
Ross.Begelman@begelmanorlow.com
Marc.orlow@begelmanorlow.com

Attorneys for Relators Charles Strunck and
Lisa Pratta

SO ORDERED:

BERLE M. SCHILLER, J.
United States District Court Judge

6- 13 -19