**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | |
| Ex rel. CHARLES STRUNCK, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MALLINCKRODT ARD LLC, | : | |
| Defendant. | : | Nos. 12-175, 13-1776 |
| | : | |

**ORDER**

AND NOW, this **21st** day of **January 2020**, upon consideration of Defendant's Motion to Dismiss the Government's Complaint in Intervention and to Strike Portions Thereof (Document No. 73), the Government's Response, and Defendant's Reply, and for the reasons set forth in this Court's Memorandum dated January 21, 2020, it is **ORDERED**:

1. Defendant's Motion to Dismiss is **DENIED**.

2. Defendant's Motion to Strike is **DENIED**.

3. Defendant's Motion to Compel Arbitration (Document No. 72 in Civ. A. 12-175; Document No. 56 in Civ. A. 13-1776) is **DENIED as moot**.

BY THE COURT:

_____
**Berle M. Schiller, J.**