IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel., CHARLES STRUNCK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MALLINCKRODT ARD LLC (f/k/a Mallinckrodt ARD, Inc.; f/k/a Questcor Pharmaceuticals, Inc.), <br><br> Defendant. | Civil Action No. 12-CV-0175 |

## STIPULATION TO EXTEND

**IT IS HEREBY STIPULATED**, by and between the defendant, Mallinckrodt ARD LLC, formerly known as Questcor Pharmaceuticals, Inc., and the plaintiff, the United States of America, and subject to this Court's approval, that the deadline for the filing of the defendant's Answer to Plaintiff's Complaint in Intervention shall be extended to February 21, 2020.

Respectfully submitted,

/s/ Colin M. Cherico
Colin M. Cherico
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
colin.cherico@usdoj.gov

Augustine M. Ripa
Attorney, Civil Division
U.S. Department of Justice
175 N Street, N.E.
Washington, D.C. 20002
Augustine.M.Ripa@usdoj.gov

Attorney for the United States of America

/s/ John N. Joseph
John N. Joseph
I.D. #046643
Post & Schell, P.C.

Four Penn Center, 14th Floor
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
Telephone: (215) 587-1191
Facsimile: (215) 320-4190
jjoseph@postschell.com

/s/ Mitchell S. Ettinger
Mitchell S. Ettinger (admitted *pro hac vice*)
John T. Bentivoglio (admitted *pro hac vice*)
Jennifer L. Spaziano (admitted *pro hac vice*)
Avia Dunn (admitted *pro hac vice*)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
mitchell.ettinger@skadden.com
john.bentivoglio@skadden.com
jen.spaziano@skadden.com
avia.dunn@skadden.com

Counsel for Defendant

BY THE COURT:

_____
Berle M. Schiller, J.

Date: 1-27-2020